ROBERT K. PHILLIPS
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
BAYLIE A. HELLMAN
Nevada Bar No. 14541
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Facsimile)
rphillips@psalaw.net
tkuhls@psalaw.net
bhellman@psalaw.net

*Counsel for Defendant*
*Save Mart Supermarkets, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL DACHTLER, an individual,<br><br>Plaintiff,<br>vs.<br><br>SAVE MARKET SUPERMARKETS, LLC, a Foreign Corporation registered or otherwise authorized to do business in the State of Nevada; MICHAEL ROBERT POLLOCK; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:26-cv-00234-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, DANIEL DACHTLER ("Plaintiff"), and Defendant, SAVE MART SUPERMARKETS, LLC ("Defendant"), through their respective counsel of record, that any and all claims against Defendant in the above-captioned matter be dismissed with prejudice.

. . .

. . .

. . .

The parties aver all claims are now hereby dismissed. Each party to bear said party's own attorney's fees and costs.

DATED this 10th day of August 2026.

**STEVEN J. KLEARMAN & ASSOCIATES**

/s/ Steven J. Klearman, Esq.
STEVEN J. KLEARMAN, ESQ.
Nevada Bar No. 3471
437 W. Plumb Lane
Reno, Nevada 89509

*Counsel for Plaintiff*
*Daniel Dachtler*

DATED this 10th day of August 2026.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

ROBERT K. PHILLIPS
Nevada Bar No. 14411
TIMOTHY D. KUHLS
Nevada Bar No. 13362
BAYLIE A. HELLMAN
Nevada Bar No. 14541
504 South Ninth Street
Las Vegas, NV 89101

*Counsel for Defendant*
*Save Mart Supermarkets, LLC*

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 11th day of August, 2026.

**DISTRICT COURT JUDGE**

**Baylie Hellman**

**From:** Steve Klearman <Steve@nevadainjuries.com>
**Sent:** Monday, August 10, 2026 2:02 PM
**To:** Baylie Hellman; Laura Klearman
**Subject:** RE: Dachtler

'

**CAUTION:** This Sender is Outside the PSA Organization! DO NOT click links or open attachments unless you recognize the sender and know the content is safe!

'

You can put my signature on the stip to dismiss.

Thanks,

Steve

**Steven J. Klearman, Esq.**
Board Certified in Nevada Injury Law

**Steven J. Klearman & Associates**
437 W. Plumb Lane, Reno, Nevada 89509
**Phone** 775-600-0000 **Fax** 775-323-3762
**Email** Steve@NevadaInjuries.com
**Web** www.NevadaInjuries.com

**From:** Baylie Hellman <bhellman@psalaw.net>
**Sent:** Friday, August 7, 2026 12:47 PM
**To:** Laura Klearman <laura@nevadainjuries.com>; Steve Klearman <Steve@nevadainjuries.com>
**Subject:** RE: Dachtler

Good afternoon, Laura and Steve.

My office received the settlement check today and are mailing the same to your office via certified mail this afternoon. Attached is a revised Stipulation and Order for Dismissal with an additional sentenced added on page 2.

**Baylie Hellman**
Associate Attorney

PHILLIPS SPALLAS & ANGSTADT LLP
ATTORNEYS AT LAW
San Francisco | Las Vegas | Los Angeles | Napa Valley

504 S. Ninth Street
Las Vegas, NV 89101

t 702-938-1510
f 702-938-1511